# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Avner Paulino, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>Navy Federal Credit Union and Verint Systems Inc.,<br><br>    *Defendants*. | CASE NO.:  3:24-cv-03298-JD<br><br>**[PROPOSED] ORDER EMERGENCY MOTION FOR ADMINISTRATIVE RELIEF:  REQUEST TO SET SEQUENTIAL BRIEFING SCHEDULE FOR DEFENDANTS' RULE 12(b)(2), (3) JURISDICTIONAL MOTIONS -[L.R. 7-11]**<br><br>Action Filed:  May 31, 2024<br>Judge:             Judge James Donato<br>Trial Date:      Not set |

3:24-cv-03298-JD

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF REGARDING SEQUENTIAL BRIEFING SCHEDULE

Good cause appearing, the Court **GRANTS** Defendants' Motion for Administrative Relief.

Pending decision on Defendants' request for sequential briefing, the Court ORDERS in the interim:

1. The deadline to for Defendants to answer or respond to the Complaint shall be ten (10) days after this Court rules upon the requested sequential briefing.

Further, the Court ORDERS the following sequential briefing schedule, whereby Defendants' motions to dismiss for lack of personal jurisdiction and/or for improper venue pursuant to Federal Rules of Civil Procedure 12(b)(2) and (b)(3) or, in the alternative, motions to transfer (the "Jurisdictional Motions") shall be briefed, heard, and decided on before Defendants' motions on their remaining Rule 12 defenses without waiving any such defenses or motion. Defendants' deadline to answer or otherwise move on their remaining Rule 12 defenses is ordered as follows:

1. If the Court denies the Jurisdictional Motions and any request to dismiss or transfer the case therein, Defendants shall answer or otherwise respond to the Complaint, including by filing any remaining Rule 12 motions, within twenty-one (21) days after the Court's denial;
2. If the Court grants the Jurisdictional Motions and transfers the case to a new judicial district, Defendants shall answer or otherwise respond to the Complaint, including by filing any remaining Rule 12 motions, within twenty-one (21) days after the case is assigned to a judge in the new judicial district.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. James Donato