# EXHIBIT 1

| | |
|---|---|
| **From:** | Stephen Andrews |
| **To:** | Rebekah.Guyon@gtlaw.com; MGovernski@willkie.com; Christin Cho; Simon Franzini |
| **Cc:** | Mark.Salky@gtlaw.com; Marla.Manion@gtlaw.com; MGottlieb@willkie.com; AVernon@willkie.com; bailusb@gtlaw.com |
| **Subject:** | RE: Paulino v. Navy Federal, Verint - Request for Extension |
| **Date:** | Monday, June 24, 2024 5:12:00 PM |
| **Attachments:** | image001.png |

Meryl, Rebekah,

August 1 is completely fine. Separately, we'd like to ask whether Defendants are agreeable to filing a single omnibus motion if they move to dismiss. If so, we are willing to stipulate to granting you additional pages for your briefing.

Best,
Stephen

**From:** bailusb@gtlaw.com <bailusb@gtlaw.com>
**Sent:** Thursday, June 20, 2024 5:31 PM
**To:** Stephen Andrews <stephen@dovel.com>; Rebekah.Guyon@gtlaw.com; MGovernski@willkie.com; Christin Cho <christin@dovel.com>; Simon Franzini <simon@dovel.com>
**Cc:** Mark.Salky@gtlaw.com; Marla.Manion@gtlaw.com; MGottlieb@willkie.com; AVernon@willkie.com
**Subject:** RE: Paulino v. Navy Federal, Verint - Request for Extension

Stephen, Christin,

We'd like to extend the response deadline out 35 days to Thursday, August 1, since Verint's counsel will be travelling and thus unavailable on Friday, July 26 as well on Monday, July 29, the date on which the motion would otherwise be due if we extend 30 days.

Please let us know if we have your permission to affix your signature to the attached, and we will get this on file.

Thank you,
Blake

**Blake M. Bailus**
Associate

Greenberg Traurig, LLP
One Vanderbilt Avenue | New York, NY 10017
T +1 212.801.9326  |  C +1 702.785.8807
bailusb@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



**From:** Stephen Andrews <stephen@dovel.com>

**Sent:** Monday, June 17, 2024 1:58 PM
**To:** Guyon, Rebekah S. (Shld-LA-LT) <Rebekah.Guyon@gtlaw.com>; MGovernski@willkie.com; Christin Cho <christin@dovel.com>; Simon Franzini <simon@dovel.com>
**Cc:** Salky, Mark (Shld-Mia-LT) <Mark.Salky@gtlaw.com>; Bailus, Blake M. (Assoc-NY-LT) <bailusb@gtlaw.com>; Manion, Marla (Para-LA-LT) <Marla.Manion@gtlaw.com>; MGottlieb@willkie.com; AVernon@willkie.com
**Subject:** RE: Paulino v. Navy Federal, Verint - Request for Extension

Great, thanks, Rebekah.

**From:** Rebekah.Guyon@gtlaw.com <Rebekah.Guyon@gtlaw.com>
**Sent:** Monday, June 17, 2024 10:53 AM
**To:** Stephen Andrews <stephen@dovel.com>; MGovernski@willkie.com; Christin Cho <christin@dovel.com>; Simon Franzini <simon@dovel.com>
**Cc:** Mark.Salky@gtlaw.com; bailusb@gtlaw.com; Marla.Manion@gtlaw.com; MGottlieb@willkie.com; AVernon@willkie.com
**Subject:** RE: Paulino v. Navy Federal, Verint - Request for Extension

Stephen, thank you, and of course we would be happy to grant an extension should you need one as well. We will prepare the stipulation.

Regards,

**Rebekah S. Guyon**
Shareholder

Greenberg Traurig, LLP
1840 Century Park East | Suite 1900 | Los Angeles, CA 90067-2121
T +1 310.586.7716  |  F +1 310.586.0225
Rebekah.Guyon@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



**From:** Stephen Andrews <stephen@dovel.com>
**Sent:** Friday, June 14, 2024 2:47 PM
**To:** Governski, Meryl Conant <MGovernski@willkie.com>; Guyon, Rebekah S. (Shld-LA-LT) <Rebekah.Guyon@gtlaw.com>; Christin Cho <christin@dovel.com>; Simon Franzini <simon@dovel.com>
**Cc:** Salky, Mark (Shld-Mia-LT) <Mark.Salky@gtlaw.com>; Bailus, Blake M. (Assoc-NY-LT) <bailusb@gtlaw.com>; Manion, Marla (Para-LA-LT) <Marla.Manion@gtlaw.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Vernon, Alyxandra <AVernon@willkie.com>
**Subject:** RE: Paulino v. Navy Federal, Verint - Request for Extension

**\*EXTERNAL TO GT\***

Meryl, Rebekah,

Nice to "meet" you. We're happy to agree to a thirty-day extension, provided that if you file a motion to dismiss, we may need an extension to our opposition given upcoming conflicts later this summer.

Best,
Stephen

---

**From:** Governski, Meryl Conant <MGovernski@willkie.com>
**Sent:** Friday, June 14, 2024 2:15 PM
**To:** Rebekah.Guyon@gtlaw.com; Stephen Andrews <stephen@dovel.com>; Christin Cho <christin@dovel.com>
**Cc:** Mark.Salky@gtlaw.com; bailusb@gtlaw.com; Marla.Manion@gtlaw.com; Gottlieb, Michael <MGottlieb@willkie.com>; Vernon, Alyxandra <AVernon@willkie.com>
**Subject:** RE: Paulino v. Navy Federal, Verint - Request for Extension

Counsel,

Following up on the request below.  We would very much appreciate a prompt response.

Thank you,
Meryl


**Meryl Conant Governski**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1016 | Fax: +1 202 303 2000
mgovernski@willkie.com | vCard | www.willkie.com bio

---

**From:** Rebekah.Guyon@gtlaw.com <Rebekah.Guyon@gtlaw.com>
**Sent:** Wednesday, June 12, 2024 10:57 PM
**To:** stephen@dovel.com; christin@dovel.com
**Cc:** Mark.Salky@gtlaw.com; bailusb@gtlaw.com; Marla.Manion@gtlaw.com; Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>
**Subject:** Paulino v. Navy Federal, Verint - Request for Extension

**\*\*\* EXTERNAL EMAIL \*\*\***

Stephen, Christin,

I have been retained as counsel for Verint in the above-referenced matter. I am writing on behalf of both defendants (counsel for Navy Federal, Meryl and Michael are copied as well) to request a 30-day extension of defendants' deadline to respond to the complaint in this matter. We have just been retained, and in light of previously set summer travel for our teams and our clients, we would appreciate the professional courtesy.

Please let us know.

Thank you,

**Rebekah S. Guyon**
Shareholder

Greenberg Traurig, LLP
1840 Century Park East | Suite 1900 | Los Angeles, CA 90067-2121
T +1 310.586.7716  |  F +1 310.586.0225
Rebekah.Guyon@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.