1  DOVEL & LUNER, LLP
   Stephen Andrews (Cal. Bar No. 354327)
2  stephen@dovel.com
   Christin Cho (Cal. Bar No. 238173)
3  christin@dovel.com
4  DOVEL & LUNER, LLP
   201 Santa Monica Blvd., Suite 600
5  Santa Monica, California 90401
   Telephone: (310) 656-7066
6  Facsimile: (310) 656-7069
7
   *Attorneys for Plaintiff*
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Avner Paulino, individually and on behalf of all others similarly situated, | Case No. 3:24-cv-03298-JD |
| *Plaintiff*, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | Hon. James Donato |
| Navy Federal Credit Union and Verint Systems Inc., | |
| *Defendants*. | |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Avner Paulino dismisses, without prejudice, all claims against Defendants Navy Federal Credit Union and Verint Systems Inc.

DATED: September 19, 2024

By: */s/ Stephen Andrews*
Stephen Andrews (Cal. Bar No. 354327)
stephen@dovel.com
Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiff*